FILED
2010 Apr-07  AM 09:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TIMMY SCHLUETER; PAULA SCHLUETER,** )<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CASE NO. 2:09-CV-1056-SLB** |
| ) | |
| **EQUIFAX INFORMATION SERVICES, L.L.C.,** )<br>) | |
| Defendant. ) | |

## ORDER

In accordance with the Joint Stipulation of Dismissal, (doc. 26),[1] filed by the parties herein on April 6, 2010, the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**. The parties shall bear their own respective costs and attorneys' fees.

**DONE**, this 7th day of April, 2010.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.